UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON WISCONSIN

2009 JUN 23 AM 9:54

WAYNE LAWRENCE ROUHO,

   Petitioner,

v.

UNITED STATES OF AMERICA,

   Respondent.

Case No: 07-CR-118-S-01
09-CV-303

MOTION TO DISMISS

Now comes Wayne Lawrence Rouho, hereinafter Petitioner, who files the above styled Motion for the reasons set forth below.

Currently, Petitioner has a 28 USC §2255 Motion pending before this Court. The government's response to said Motion is due 6/24/09. Prior to that date and pursuant to Rule 41(a)(1) of the Rules of Civil Procedure, Petitioner moves this Honorable Court to dismiss the §2255 Motion.

Petitioner believes he is outside the statute of limitations period and any subsequent review of the merits would be futile.

Wherefore, Petitioner prays that this Honorable Court grant this instant MOtion.

Dated 19th of June 2009

Respectfully submitted,

Wayne Lawrence Rouho

Motion granted
POPBC
6/24

Copy of this document has been provided to: [illegible] NEF
this 25 day of JUN 20 09
by [illegible]
M. Hardin, Secretary to
Judge John C. Shabaz