# Federal Defender Services Of Wisconsin, Inc.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

June 11, 2020

Honorable Barbara B. Crabb
United States District Court Judge
120 North Henry Street
Madison, Wisconsin 53703

     Re:    *United States v. Wayne Ruoho*
             Case No. 07-cr-118-bbc

Dear Judge Crabb:

     In my haste to prepare a reply brief yesterday, I repeatedly used a rough estimate to discuss how long Mr. Ruoho has served in prison: about 12 years. Today, it occurred to me that the Court would benefit from a more precise number.

     Mr. Ruoho has spent 153 months in custody. (He was in custody 7/23/07–9/7/07 (46 days), and then 10/26/07–present (12 years, 7 months, 16 days). *See* PSR. This is a total of 12 years, 9 months, 2 days, which I round down slightly to 153 months.)

     With earned good time (that results in a 15% reduction in sentence), 153 months of custody results from a 180-month imposed sentence. The probation office reports that Mr. Ruoho has earned all but 34 days of good time. Therefore, Mr. Ruoho has served what would be an imposed sentence of just about 179 months—just shy of 15 years.

FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.

Honorable Barbara B. Crabb
June 11, 2020
Page -2-

  Therefore, in considering whether the time that Mr. Ruoho has already served is sufficient to hold him accountable for his federal offense and meet the other goals of sentencing, this Court is effectively considering a 179-month imposed sentence.

         Sincerely,

         */s/ Shelley M. Fite*

         Shelley M. Fite
         Associate Federal Defender

cc:  Mr. Wayne Ruoho